424 A.2d 868

**Ronald AMARADIO and Joann Amaradio, Individually and on Behalf of All Other Persons Similarly Situated, Appellants,**

v.

**TRAVELERS INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1980.

Decided Jan. 27, 1981.

Arnold Levin, Gordon Gelfond, Philadelphia, for appellants.

Charles W. Craven, Francis E. Marshall, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 419 A.2d 159.